IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CRYSTAL MARIE ADAMS,<br><br>        Defendant. | 4:05CR3010<br><br>ORDER |

IT IS ORDERED:

Defendant's motion for pretrial release investigation, filing 34, is granted and Pretrial Services shall investigate defendant's proposal and report to the court and counsel.

DATED this 29th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge