IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3010-2 |
| | ) | |
| V. | ) | |
| | ) | |
| CRYSTAL MARIE ADAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. First Assistant Federal Public Defender Shannon P. O'Connor's motion to withdraw (filing 112) is granted, upon representation that Attorney Jerry M. Hug intends to continue representing the defendant in this case.

2. A copy of this order shall be provided to Attorneys O'Connor, Hug and Stempson.

February 11, 2008.                BY THE COURT:

*S/ Richard G. Kopf*
United States District Judge