IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )        4:05CR3010
                Plaintiff,       )
                                 )
      vs.                        )        ORDER
                                 )
                                 )
CRYSTAL MARIE ADAMS              )
                Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at **1:00 p.m. on March 19, 2010** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  February 19, 2010.

BY THE COURT

*s/Cheryl R. Zwart*

_____
Cheryl R. Zwart
United States Magistrate Judge